# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN CARPENITO, EDWARD GILL, and THE ESTATE OF LAWRENCE DEPARALES, Owners of a 20' Grady White, MS 4133 BC, <br><br> Plaintiffs, <br><br> for Exoneration from or Limitation of Liability | Civil Action No. 16-10117-FDS |

## ORDER GRANTING DEFAULT JUDGMENT EXONERATING PLAINTIFFS

**SAYLOR, J.**

On January 27, 2016, pursuant to Fed. R. Civ. P. Supplemental Rule F(3), the Court ordered all persons asserting claims with respect to the alleged incident aboard plaintiffs' vessel on or about July 10, 2015, to file such claims on or before April 15, 2016. Pursuant to Fed. R. Civ. P. Supplemental Rule F(4), the Court further ordered plaintiffs to publish a notice to all potential claimants in *The Boston Globe* once a week for four successive weeks prior to the date for filing claims. Plaintiffs published the required notice. No potential claimants have filed claims.

Pursuant to Fed. R. Civ. P. 55(a) and Supplemental Rule F, it is hereby ORDERED that Steven L. Carpenito, Edward Gill, Jr., and The Estate of Lawrence DeParales are exonerated from any and all liability arising from the voyage of the 20' Grady White, MS 4133 BC, on Cape Cod Bay, Massachusetts, on or about July 10, 2015.

**So Ordered.**

Dated: September 28, 2016

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
United States District Judge